THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANIELLO NAPOLITANO, True Name AMIELLO NAPOLITANO, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crime of murder in the second degree reversed on the law and a new trial ordered because of errors of the trial judge in charging upon the question of the alleged dying declaration (*People* v. *Ludkowitz*, 266 N. Y. 233; *People* v. *Falletto*, 202 id. 494; *People* v. *Kraft*, 148 id. 631; *People* v. *Block*, 243 App. Div. 551), and as to the effect of the medical testimony (*Lubbee* v. *Hilgert*, 135 App. Div. 227). We have examined the record and find no errors as to the facts. Lazansky, P. J., Young and Johnston, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm under the provisions of section 542 of the Code of Criminal Procedure. [Affd., 268 N. Y. ——.]

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of WILLIAM CANTOR, Respondent, v. RICHARD SPAGNA, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of operating a motor vehicle without a license unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY WINGARD, Alias SIDNEY WEINGARD, Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crime of rape in the first degree and assault in the second degree, committed as second offenses, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GASPARE SANTORO and Others, Copartners Trading under the Firm Name and Style of REFINED MACARONI Co., Respondents, v. STAR AND CRESCENT MILLING COMPANY, Appellant.— Order granting in part and denying in part defendant's motion for a bill of particulars modified by providing that plaintiffs be also required to furnish, as to each cause of action, particulars as to items numbered 8, 9, 10, 11, 13 and 15 of the notice, except that plaintiffs shall not be required to furnish copies of agreements with their customers, or copies of bills and invoices of such customers, or copies of credits issued to them. As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant; the particulars to be served within twenty days from the entry of the order herein. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

OSCAR SHALLER, an Infant, by SAMUEL SHALLER, His Guardian ad Litem, and Another, Appellants, v. J. & J. REALTY COMPANY, Respondent.— The infant plaintiff — a boy upwards of thirteen years of age — was injured when opening one of a set of double doors at the entrance to an apartment house where he resided, and which was owned by defendant. The door on his right was stationary. The door on his left was equipped with a spring, which made it difficult to open and caused it to shut when released. This defective condition existed for three months and defendant had notice of it. Plaintiff grasped the knob of the door with his left hand and opened it about six inches and then grasped the edge of the door with his right hand. The spring pulled the door shut and impinged his right index finger and amputated the tip. The court erred in dismissing the complaint on the ground that plaintiff was guilty of contributory negligence as matter of law. Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event. Lazansky, P. J., Tompkins and Johnston, JJ., concur; Hagarty and Davis, JJ., dissent and vote to affirm.